COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| | § | |
| JAVIER BORGARO, | | No. 08-12-00279-CV |
| | § | |
| Appellant, | | Appeal from |
| | § | |
| v. | | 383rd District Court |
| | § | |
| SARA ALVAREZ-BORGARO, | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC # 2010-CM-8109) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the joint motion to dismiss and concludes the motion should be granted and the appeal should be dismissed with prejudice, in accordance with the opinion of this Court. We therefore dismiss the appeal. We further order Appellant to pay all costs of this appeal. We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 12TH DAY OF JUNE, 2013.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.
Antcliff, J., not participating